United States District Court
Southern District of Texas
**ENTERED**
January 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-00121 |
|---|---|---|---|

In re: HONX, Inc., Debtor.

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | George W. Hicks, Jr.<br>Kirkland & Ellis LLP<br>1301 Pennsylvania Ave., NW<br>Washington, DC 20004<br>(202) 389-500; george.hicks@kirkland.com<br>District of Columbia Bar No. 499223<br>Virginia Bar No. 91711 |
|---|---|

| Name of party applicant seeks to appear for: | HONX, Inc.<br>Appellee |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/25/2023 | Signed: | /s/ George W. Hicks, Jr. |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 1/27/23    Clerk's signature: _____

### Order

Dated: 1/27/23

This lawyer is admitted *pro hac vice*.

_____
United States District Judge